Case 0:11-cv-61337-WPD Document 1 Entered on FLSD Docket 06/14/2011 Page 1 of 3

FILED by MG D.C.
ELECTRONIC

June 14, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISON

BHOJE RUPANSINGH, RAJENDRA
RAMJEET, RYAN RAMJEET, and
JAMES RAI,

CASE NO.

Plaintiffs,

**11-61337-CIV-Dimitrouleas/Snow**

v.

UNITED STATES OF AMERICA,

Defendant.

_____/

## COMPLAINT

Plaintiffs, BHOJE RUPANSINGH, RAJENDRA RAMJEET, RYAN RAMJEET and JAMES RAI, by and through their undersigned attorney, sue the Defendant, UNITED STATES OF AMERICA, and allege as follows:

1. This is an action for automobile negligence cognizable under the Federal Tort Claims Act, 28 U.S.C. §§1346(b) and 2671, et. seq., as more particularly set forth hereinafter.

2. The amount in controversy exceeds $75,000.00.

3. A Notice of Claim for Damage, Injury or Death (Standard Form 95), was duly served in writing upon the U.S. Immigration and Customs Enforcement (Department of Homeland Security) in accordance with the provisions of 28 U.S.C. §2675.

4. On May 19, 2011, U.S. Immigration and Customs Enforcement denied the claims of BHOJE RUPANSINGH, RAJENDRA RAMJEET and JAMES RAI. On May 25, 2011, U.S. Immigration and Customs Enforcement denied the claim of RYAN RAMJEET. Thus in accordance with 28 U.S.C. §2675, the claimants have chosen to pursue their claims by bringing this action. Plaintiffs have performed all conditions precedent to the bringing of this action.

## VENUE

5. At all times material hereto, the Plaintiffs were residents of Broward County, State of Florida, making venue appropriate as prescribed by 28 U.S.C. §1402(b).

## PARTIES

6. That at all times material hereto, Plaintiff, BHOJE RUPANSINGH, was a resident of Broward County, State of Florida.

7. That at all times material hereto, Plaintiff, RAJENDRA RAMJEET, was a resident of Broward County, State of Florida.

8. That at all times material hereto, Plaintiff, RYAN RAMJEET, was a resident of Broward County, State of Florida.

9. That at all times material hereto, Plaintiff, JAMES RAI, was a resident of Broward County, State of Florida.

10. That at all times material hereto, Dianna Ford, was an employee of the U.S. Immigration and Customs Enforcement (Department of Homeland Security) and was duly appointed as such. In this capacity, Dianna Ford was an agent or employee of the U.S. Immigration and Customs Enforcement (Department of Homeland Security), an agency of the Defendant, UNITED STATES OF AMERICA, at all times material hereto, and was acting within the expressed, implied, or apparent course and scope of her agency or employment.

## GENERAL ALLEGATIONS

11. That on or about November 13, 2008, Plaintiffs, BHOJE RUPANSINGH, RAJENDRA RAMJEET, and JAMES RAI, were all passengers in a 2003 Chevrolet being driven by Plaintiff, RYAN RAMJEET, and owned by RAJENDRA RAMJEET, which was traveling southbound on the Florida Turnpike (SR 91) approaching the exit for Griffin Road.

12. Plaintiffs vehicle then stopped for traffic in front of them.

13. That at the aforesaid time and place, Dianna Ford, was driving a vehicle owned by the U.S. Department of Homeland Security with Defendant's knowledge, permission and consent. Ms. Ford was also traveling southbound on the Florida Turnpike (SR 91) directly behind Plaintiffs' vehicle when she negligently operated her vehicle by striking Plaintiffs' vehicle from behind.

14. As a direct and proximate result of Defendant, UNITED STATES OF AMERICA's

negligence, acting by and through its agent and employee, Dianna Ford, the Plaintiffs suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, loss of earnings, loss of the ability to earn money, expense of hospitalization, medical and nursing care and treatment, and an aggravation of a previously existing condition. These losses are either permanent or continuing in nature and the Plaintiffs will suffer these losses into the future.

15. In addition, Plaintiff, RAJENDRA RAMJEET's, automobile was damaged and he lost the use of it during the period required for its repair or replacement.

**WHEREFORE**, and based on the foregoing, Plaintiffs, BHOJE RUPANSINGH, RAJENDRA RAMJEET, RYAN RAMJEET, and JAMES RAI demand judgment against the Defendant, UNITED STATES OF AMERICA, for damages and costs.

Respectfully submitted,

By:_____
GARY D. GELCH
Florida Bar No.: 0059048
GELCH & ASSOCIATES, P.A.
Attorneys for Plaintiffs
1318 S.E. 2ND Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 424-6100
Facsimile:  (954) 424-6112