UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61337-CIV-DIMITROULEAS/SNOW

BHOJE RUPANSINGH, RAJENDRA
RAMJEET, RYAN RAMJEET,
AND JAMES RAI,

    Plaintiffs,
vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation for Dismissal [DE 17], filed June 25, 2012.  The Court has carefully considered the Stipulation, notes the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal [DE 17] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. Though the parties request that this retain jurisdiction, the Court is without authority to do so.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot;

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 26th day of June, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record